UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA DE LA CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.,<br><br>Defendants. | No. 2:24-cv-03792-DC-JDP<br><br>ORDER REMANDING ACTION TO THE YOLO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 15) |

On April 17, 2025, the parties filed a stipulation in which they agree to remand this action to the Yolo County Superior Court, where this action was originally filed. (Doc. No. 15.) The parties' stipulation is approved. Accordingly, this action is remanded to the Yolo County Superior Court.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 20, 2025**  

Dena Coggins
United States District Judge

1